HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ERSIE EVERETTE, | ) | Civil No. C07-03013 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, November 16, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (9) in and around this time period.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: October 11, 2007 | /s/<br>GINA SHIN<br>Special Assistant U.S. Attorney |
| Dated: October 11, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ERSIE EVERETTE |

IT IS SO ORDERED.

| | |
|---|---|
| Dated: October 12, 2007 | *[signature]*<br>HON. MAXINE M. CHESNEY<br>United States District Judge |

STIPULATION AND ORDER

2