IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERSIE EVERETTE,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant | No. C-07-3013 MMC<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

    Accordingly, the parties are hereby DIRECTED to advise the Court, no later than December 17, 2007, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may request therein assignment to a specific magistrate judge.

    **IT IS SO ORDERED.**

Dated: November 26, 2007

                                                 MAXINE M. CHESNEY
                                                 United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.