1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14  ERSIE EVERETTE,                )  Civil No. C07-03013 MEJ
                                   )
15          Plaintiff,              )
                                   )
16                                 )
    v.                             )  STIPULATION AND ORDER
17                                 )
                                   )
18  MICHAEL J. ASTRUE,             )
    Commissioner, Social Security  )
19  Administration,                )
                                   )
20                                 )
            Defendant.              )
21                                 )

22
23      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
24  Plaintiff shall have a first extension of time of (30) days up through and including Thursday,
25  January 17, 2008 in which to e-file his Reply to Defendant's Cross-Motion for Summary
26  Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel
27  currently needs to brief for this court and other district courts (15) in and around this time
28  period.

                                        1
STIPULATION AND ORDER

1
2
3
4   SCOTT N. SCHOOLS
    United States Attorney
5
6
7   Dated: December 14, 2007        /s/
                                    GINA SHIN
8                                   Special Assistant U.S. Attorney
9
10
11
12  Dated: December 14, 2007        /s/
                                    HARVEY P. SACKETT
13                                  Attorney for Plaintiff
                                    ERSIE EVERETTE
14
15  IT IS SO ORDERED.
16
17
18  Dated: January 16, 2007         _____
                                    HON. MAR...
19                                  United S...                Judge
20
21
22
23
24
25
26
27
28

                                    2
STIPULATION AND ORDER