United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

ERSIE EVERETTE,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

No. C 07-3013 MEJ

**ENTRY OF JUDGMENT**

On February 9, 2009, the Court denied the parties cross-motions for summary judgment and granted Plaintiff's motion to remand. Accordingly, the Court hereby enters judgment in this matter. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 9, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge